UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ROBERT LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00297-JPH-DLP |
| | ) | |
| M. MITCHEFF, | ) | |
| BYRD, | ) | |
| DENNING, | ) | |
| K. HOBSON, | ) | |
| ALBRIGHT, | ) | |
| B. RIGGS, | ) | |
| T. WELLINGTON, | ) | |
| T. LITTLEJOHN, | ) | |
| CORIZON, LLC, | ) | |
| WEXFORD OF INDIANA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court issued an Entry on June 30, 2020, stating that despite the Court's best efforts, defendant Nurse Albright (or Nurse Aubright) could not be identified or served with process. Dkt. 75. The plaintiff was given a period of time in which to show cause why defendant Albright should not be dismissed without prejudice. That time has passed without a response from the plaintiff. Nurse Albright is now dismissed without prejudice consistent with Rule 4(m) of the Federal Rules of Civil Procedure. The **clerk is directed** to terminate defendant Albright as a defendant on the docket.

No partial final judgment shall issue at this time as to the claims resolved in this Entry.

**SO ORDERED.**

Date: 11/10/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

ROBERT LEE
226365
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Douglass R. Bitner
KATZ  KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com

Michael J. Blinn
INDIANA ATTORNEY GENERAL
michael.blinn@atg.in.gov

Jeb Adam Crandall
BLEEKE DILLON CRANDALL ATTORNEYS
jeb@bleekedilloncrandall.com

David C. Dickmeyer
INDIANA ATTORNEY GENERAL
David.Dickmeyer@atg.in.gov

Christopher Andrew Farrington
BLEEKE DILLON CRANDALL ATTORNEYS
drew@bleekedilloncrandall.com